IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                  ORDER

                Plaintiff,

                                                  08-cv-169-bbc

     v.

STEVE GULLICKSON,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       The government has moved for summary judgment in this case. In its memorandum in support of the motion, it asks for relief, including interest accruing after November 29, 2007, to the date of judgment, for each of the three loans that defendant took out. The requests seems to conflict. Plt.'s Mem., dkt. #23, at 9. It is not clear whether plaintiff is asking for interest to accrue at 8.2% per annum on the first loan, 10% per annum on the second loan and 7% per annum on the third loan or whether it is asking for interest on all three loans to accrue at 7%.

       Plaintiff may have until December 4, 2008, in which to advise the court of its position on the rate to apply to interest accruing from November 29, 2007 to the date of

judgment.

Entered this 28th day of November, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2

Case: 3:08-cv-00169-bbc Document #: 29 Filed: 11/28/08 Page 2 of 2