IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                             ORDER

        Plaintiff,

                                                                                          08-cv-169-bbc

    v.

STEVE GULLICKSON,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

It has come to my attention that the December 4, 2008 order denying granting plaintiff's motion for summary judgment contains a typographical error. On page 3, the first full paragraph states "On November 39, 2001." The correct date should be September 28, 2001.

Therefore, IT IS ORDERED that the order entered herein on December 4, 2008 is amended as noted above.

Entered this 5th day of December, 2008.

                              BY THE COURT:

                              /s/

                              _____
                              BARBARA B. CRABB
                              District Judge