IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVE GULLICKSON,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-169-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff United States of America and against Defendant Steve Gullickson:

(1) in the principal amount of $4,267.25, plus interest totaling $2,383.55 as of November 29, 2007 and interest thereafter to the date of judgment accruing at the rate of 8.2% per annum;

(2) in the principal amount of $2,343.01, plus interest totaling $2,235.12 as of November 29, 2007 and interest thereafter to the date of judgment accruing at the rate of 10% per annum;

(3) in the principal amount of $4,440.43, plus interest totaling $1,883.89 as of November 29, 2007 and interest thereafter to the date of judgment accruing at the rate of 7% per annum;

(4) for each of the three student loans, interest from the date of judgment at the legal rate until paid in full, together with costs under 28 U.S.C. § 1920, including a $350.00 filing fee.

Approved this 4th day of December, 2008.

*Barbara B. Crabb*
Barbara B. Crabb
District Judge


*Peter Oppeneer*                    12/8/08
Peter Oppeneer                      Date
Clerk of Court